UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/26/2026__

BRITTANY WRIGHT,

                Plaintiff,

        -v-

SHISEIDO AMERICAS CORPORATION, ET AL.,

                Defendants.

**ORDER**

26-CV-610 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated May 26, 2026, Defendants were directed to respond to the complaint by June 25, 2026. ECF No. 17. To date, no response has been received. The Court *sua sponte* extends the deadline to **July 2, 2026**.

If no response to the complaint is filed by then, Plaintiff shall file any motion for default judgment in accord with paragraph 4.h of Judge Ho's Individual Rules and Practices in Civil Cases **within two weeks** thereafter.

**SO ORDERED.**

Dated: June 26, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge