UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY WRIGHT,

               Plaintiff,

      -v-

SHISEIDO AMERICAS CORPORATION, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2026

**ORDER**

26-CV-610 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice of settlement, ECF No. 19. The deadline to respond to the complaint is adjourned to **August 3, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: June 30, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge