USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY WRIGHT,

Plaintiff,

-v-

SHISEIDO AMERICAS CORPORATION, ET AL.,

Defendants.

**ORDER**

26-CV-610 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated June 30, 2026, the deadline to respond to the complaint was extended to August 3, 2026. ECF No. 20. The deadline is extended *sua sponte* to **August 14, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: August 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge